United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Richard A. Hersey  
    Debtor

Case No. 24-01919-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 04, 2024      Form ID: pdf010      Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard A. Hersey, 322 West Broadway, Red Lion, PA 17356-2011 |
| 5634678 | | FRANKLIN COUNTY TAX CLAIM BUREAU, 2 NORTH MAIN STREET, CHAMBERSBURG, PA 17201 |
| 5634675 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5634674 | + | Email/Text: hrohrbaugh@cgalaw.com | Nov 04 2024 18:54:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5634676 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2024 18:54:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5634679 | ^ | MEBN | Nov 04 2024 18:47:56 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5659168 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2024 19:02:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5634677 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2024 18:54:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5658731 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2024 18:54:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5634680 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2024 18:54:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, 8177 WASHINGTON CHURCH RD,, DAYTON, OH 45458 |
| 5634681 | + | Email/Text: kcm@yatb.com | Nov 04 2024 18:54:00 | YORK ADAMS TAX BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5634673 | *+ | RICHARD A. HERSEY, 322 WEST BROADWAY, RED LION, PA 17356-2011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Brent J Lemon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com

Elizabeth Haley Rohrbaugh
on behalf of Debtor 1 Richard A. Hersey hrohrbaugh@cgalaw.com
kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Richard A. Hersey

Debtor 1

Chapter: 13
Case No.: 1:24-bk-01919-HWV

## ORDER

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS ORDERED** that the above-captioned case is dismissed. The Trustee is discharged from further responsibility in this case. It is further

**ORDERED** that all pending actions in this case are dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 4, 2024