United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                              Case No. 24-01919-HWV

Richard A. Hersey                                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                             Page 1 of 1

Date Rcvd: Nov 06, 2024                 Form ID: pdf010                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

**Recip ID              Recipient Name and Address**
db                   +  Richard A. Hersey, 322 West Broadway, Red Lion, PA 17356-2011

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:**

**Name                    Email Address**

Brent J Lemon
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION blemon@kmllawgroup.com

Elizabeth Haley Rohrbaugh
                        on behalf of Debtor 1 Richard A. Hersey hrohrbaugh@cgalaw.com
                        kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com

Jack N Zaharopoulos
                        TWecf@pamd13trustee.com

United States Trustee
                        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA



**SYLVIA H. RAMBO US COURTHOUSE**
**1501 N. 6ᵀᴴ Street**
**Harrisburg, PA 17102**
**(717) 901-2800**

Terrence S. Miller
Clerk

**MAX ROSENN U.S. COURTHOUSE**
**197 South Main Street, Room 274**
**Wilkes-Barre, PA 18701**
**(570) 831-2500**

Seth F. Eisenberg
Chief Deputy

November 6, 2024

Richard A. Hersey
322 West Broadway
Red Lion, PA 17356

|       |                     |
|-------|---------------------|
| In Re: | Richard A. Hersey  |
| Case No.: | 1:24-bk-01919-HWV |
| Chapter: | 13 |

Dear Debtor:

Please be advised that even though your case has been dismissed, you remain responsible for the unpaid filing fees.

**Your unpaid filing fees total: $ 313.00**

You can pay these fees using any of the following methods:

- <u>On-line</u> using a debit card;
- a cashier's check; or
- a money order.

Cashier's checks and money orders must be made payable to the "Clerk, United States Bankruptcy Court".

The Clerk's office does not accept cash, personal checks from debtors, or third-party checks.

Please promptly submit your payment.

Sincerely,

Nadine Petrina

*Nadine Petrina*

Financial Administrator